# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN WRIGHT

NO. 2023 KW 0906

OCTOBER 23, 2023

---

In Re: Donovan Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

BEFORE: WELCH, HOLDRIDGE, AND WOLFE, JJ.

**WRIT DENIED.**

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT